IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,        )
                Plaintiff,        )
    vs.        )        Case No. 11-40025-01-RDR
                        )
BRIAN DEAN BELT,        )
                Defendant.        )
                        )

**O R D E R**

**NOW** on this 18th day of August, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the sentencing hearing. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7).

**IT IS THEREFORE ORDERED** that the sentencing hearing is rescheduled for January 6, 2012 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge